E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DIANE ROLDÁN (Cal. Bar No. 288224)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6567
    Facsimile: (213) 894-0141
    Email:    diane.roldan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00158-JFW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRETRIAL MOTIONS HEARING |
| v. | |
| JONATHAN GONZALEZ, | Current Hearing Date: December 6, 2024, at 8:00 a.m. |
| Defendant. | Proposed Hearing Date: December 20, at 8:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Diane Roldán, and defendant JONATHAN GONZALEZ ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Hannah Bogen, hereby stipulate as follows:

    1.    On November 8, 2024, defendant filed a Motion to Suppress Evidence and a Motion to Dismiss the Indictment. (Dkts. 24-27, 30-31.)

    2.    On November 18, 2024, the government filed oppositions to defendant's pretrial motions. (Dkts. 32, 33, 35.)  In support of its

1   Opposition to defendant's Motion to Suppress, the government
2   submitted a declaration from Los Angeles Sheriff's Department Deputy
3   Carlos Martinez.  (Dkt. 32-1.)
4       3.   The hearing on defendant's pretrial motions is currently
5   set for December 6, 2024, at 8:00 a.m.  (Dkt. 23.)
6       4.   On November 21, 2024, Deputy Martinez learned of a critical
7   personal family matter that was scheduled for December 6, 2024, at
8   9:00 a.m., which would conflict with the hearing time.  If the Court
9   requests, the government will describe the nature of this family
10  matter in an under-seal filing.
11      5.   On November 22, 2024, the government informed defense
12  counsel of the conflict, as Deputy Martinez's testimony may be
13  required at the motions hearing.  The parties then met and conferred
14  on alternative dates.  Counsel for Mr. Gonzalez is unable to attend a
15  hearing on December 13, 2024, because she will be out of the state
16  for a nationwide Federal Public Defender week-long training.
17  //
18  //

2

1    6.   The parties have met and conferred and respectfully request
2 that the Court continue the pretrial motions hearing in light of
3 Deputy Martinez's conflict.  The parties hereby stipulate that the
4 pretrial motions hearing in this matter should be continued to
5 December 20, 2024, at 8:00 a.m.
6    IT IS SO STIPULATED.

 Dated: November 27, 2024          Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                   MACK E. JENKINS
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                       /s/
                                   DIANE ROLDÁN
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

 Dated: November 27, 2024          CUAUHTEMOC ORTEGA
                                   Federal Public Defender


                                       /s/*
                                   HANNAH BOGEN
                                   Deputy Federal Public Defender

                                   Attorneys for Defendant
                                   JONATHAN GONZALEZ

* Pursuant to Local Rule 5-4.3.4, the filing party, Diane Roldán, confirms that this signatory concurs in the filing's contents and has authorized the filing.